**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 58 MAL 2015
:
      Petitioner : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. : 
:
:
:
JACK D. PENNINGTON, : 
:
      Respondent : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.